77 F.3d 462
 Martin Harris, Jesse Kithcart, Dennis Carter, Morris Days,
Evelyn Lingham, Esdras Fowler, Michael Graves
v.
City of Philadelphia, Rev. Albert F. Campbell, Rosita
Saez-Achilla, M. Mark Mendel, Hon. Paul M. Chalfin, Mamie
Faines, Members of Board of Trustees of Philadelphia Prison
System, Frank Hall, Commissioner of Philadelphia Prison,
Earl Hatcher, Warden of Holmesburg Prison, Wilhelmina
Speach, Warden of Detention Center, Thomas A. Shields,
Warden of House of Correction,
 NOS. 95-1534, 95-1550
 United States Court of Appeals,
Third Circuit.
 Jan 30, 1996
 
 Appeal From: E.D.Pa, No. 82-01847,
 Shapiro, J.
 
 APPEALED
 
 1
 DISMISSED.